PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
      6401 Security Blvd.
      Baltimore, Maryland
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DOROTHY HOLIDY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-02110-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION FOR THE FILING OF THE CERTIFIED ADMINISTRATIVE RECORD |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the due date for Defendant's filing of the Certified Administrative Record (CAR) will be extended by 21 days, from November 27, 2023 to December 18, 2023.

    Defendant's counsel reviewed the current record and determined that there is private information pertaining to another individual that needs to be redacted. The Appeals Council requires additional time to perform these redactions and finalize the record and counsel needs additional time to review the record again prior to filing.

Defendant apologizes to the Court and to Plaintiff and her counsel for the delay.

                                                  Respectfully submitted,

                                                  KELLY, DUARTE, URSTOEGER & RUBLE

Dated: Nov. 22, 2023                /s/ *Geralyn Gulseth for Megan Ruble\**
                                                  MEGAN RUBLE
                                                  Attorney for Plaintiff
                                                  (*signature authorized via e-mail 11/22 /2023)

Dated: November 22, 2023          PHILLIP A. TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Office of Program Litigation, Office 7
                                                  Social Security Administration

                                        By:    /s/ *Geralyn Gulseth*
                                                  GERALYN GULSETH
                                                  Special Assistant U.S. Attorney

                                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the due date for Defendant's filing of the Certified Administrative Record shall be extended to December 18, 2023.

Dated: November 27, 2023

                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE