PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone:  (510) 970-4819
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY HOLIDY,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-02110-DMC<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Stipulation; [Proposed] Remand Order
2:23-cv-02110-DMC

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will offer Plaintiff an opportunity for a new hearing, take further action to evaluate the evidence and develop the record as needed, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

KELLY, DUARTE, URSTOEGER & RUBLE, LLP

Dated: November 29, 2023

By: /s/ *Geralyn Gulseth for Megan Ruble
MEGAN E. RUBLE
Attorney for Plaintiff
[*As authorized by e-mail on Nov. 29, 2023]

Dated: November 30, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel

By: /s/ Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 30, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation; [Proposed] Remand Order
2:23-cv-02110-DMC